



**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

1007.Orange Street, Suite 700          (302) 573-6277
P.O. Box 2046                          FAX (302) 573-6220
Wilmington, Delaware 19899-2046        TTY (302) 573- 6274
                                       Toll Free (888) 293-8162

June 7, 2006

**HAND-DELIVERED**

Mr. Keith Kincaid
Clerk's Office
United States District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

     RE:    United States v. Adam J. Levinson- Criminal Action No. 06-62-UNA

Dear Mr. Kincaid:

    As per our telephone conversation this afternoon, the defendant in the above-captioned case has indicated to government counsel that he wishes to plead guilty.  Accordingly, please accept this letter as a request, on behalf of both parties, to schedule the initial appearance and plea hearing in this matter as soon after assignment as is practicable within the court's schedule.

    Please contact me if you have any questions.

                    Respectfully submitted,

                    COLM F. CONNOLLY
                    United States Attorney

BY:                           
                    Shannon T. Hanson
                    Assistant United States Attorney

cc: Edmond D. Lyons, Esq.



F I L E D

JUN 8 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE