IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 06-062-SLR |
| ) | |
| ADAM LEVINSON, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

At Wilmington this 20th day of June, 2006, having been advised by counsel that defendant intends to enter a plea of guilty;

IT IS ORDERED that a hearing is scheduled for **Tuesday, June 27, 2006** at **10:30 a.m.** in courtroom 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

_____
United States District Judge