IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06-62-SLR |
| ADAM LEVINSON, | : |
| Defendant. | : |

### RULE 12.4 DISCLOSURE STATEMENT BY GOVERNMENT

Pursuant to Federal Rule of Criminal Procedure 12.4(a)(2), the United States discloses that Elkay Manufacturing Company ("Elkay"), the organizational victim in this case, is a privately-held corporation with its principal place of business in Oak Brook, Illinois. No part of Elkay is publicly owned, nor does Elkay have a parent corporation. WaterWorld Ventures, Inc. ("WaterWorld"), a wholly-owned subsidiary of Elkay through which certain of the fraud alleged in the Indictment was perpetrated, was an Illinois corporation with its principal place of business in Oak Brook, Illinois. WaterWorld was dissolved in May 2006.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: _____
Shannon Thee Hanson
Assistant United States Attorney

Dated: June 21, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-62-SLR |
| | ) | |
| ADAM LEVINSON, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I, Marie Steel, Legal Assistant in the Office of the United States Attorney for the District of Delaware, hereby certify that on the 21st day of June, 2006, I caused to be filed a Rule 12.4 Disclosure Statement By Government with the Clerk of Court. I further certify that a copy of the foregoing was mailed via First Class Mail to counsel of record as follows:

> Thomas A. Dreyer, Esq.
> Chadds Ford Professional Center
> 6 Dickinson Drive
> Building 100 - Suite 106
> Chadds Ford, Pennsylvania 19317

_____
Marie Steel
Legal Assistant