IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-62-SLR |
| | ) | |
| ADAM LEVINSON, | ) | |
| | ) | |
| Defendant. | ) | |

## AMENDED CERTIFICATE OF SERVICE

I, Marie Steel, Legal Assistant in the Office of the United States Attorney for the District

of Delaware, hereby certify that on the 22nd day of June, 2006, I caused to be filed a Rule 12.4

Disclosure Statement By Government with the Clerk of Court.  I further certify that a copy of the

foregoing was mailed via First Class Mail to counsel of record as follows:

Edmond D. Lyons, Jr., Esq.
The Lyons Law Firm
1526 Gilpin Avenue
Wilmington, DE 19806

_____
Marie Steel
Legal Assistant