AO83 (Rev. 12/85) Summons in a Criminal Case

REDACTED

# UNITED STATES DISTRICT COURT

DISTRICT OF     DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>ADAM LEVINSON<br>████████<br>Wilmington, DE ███ | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number:    06CR62-SLR |

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>**J. Caleb Boggs Federal Building**<br>**844 N. King Street**<br>**Wilmington, DE 19801**<br>Before:    THE HONORABLE SUE L. ROBINSON, U.S. DISTRICT JUDGE | Room<br>**#100 U.S. Marshal's Office - Deft.**<br>**To Report By: 10:00 a.m.**<br>Date and Time<br>**6/27/06 at 10:30 a.m.** |

To answer a(n)

X   Indictment     ☐ Information     ☐ Complaint     ☐ Violation Notice     ☐ Probation Violation Petition

Charging you with a violation of Title   18   United States Code, Section(s)   1343 and 2

Brief description of offense:

Charging you with a violation of Title   26   United States Code, Section(s)   7206(1)


_Francesca Passero, Deputy Clerk_    6/21/06
Signature of Issuing Officer                           Date

PETER T. DALLEO, CLERK
Name and Title of Issuing Officer

*FILED 2006 JUN 30 AM 9:22 CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE — SCANNED*

AO83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

| | Date |
|---|---|
| Service was made by me | |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: __Via US mail__

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned __6-28-06__
Date

__DW Thomas__
Name of United States Marshal

__[signature]__
(by) Deputy United States Marshal

Remarks:

¹ As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.

