## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Case 06-62-SLR |
| ADAM J. LEVINSON, | : |
| Defendant. | : |

### UNOPPOSED MOTION FOR CONTINUANCE OF SENTENCING

**COMES NOW** the United States of America, by its attorneys, Colm F. Connolly, United States Attorney, and Shannon Thee Hanson, Assistant United States Attorney for the District of Delaware, and respectfully requests a continuance in the sentencing date in this matter, currently scheduled before the Court for September 26, 2006 at 4:30 p.m. In support of this motion, counsel avers as follows:

1. On June 6, 2006, defendant Adam J. Levinson ("Levinson") was indicted by a federal grand jury for the District of Delaware on one count of wire fraud, in violation of Title 18, United States Code, Section 1343, and three counts of filing a materially false income tax return, in violation of Title 26, United States Code, Section 7206(1). Docket Item ("D.I.") 1. On June 27, 2006, Levinson made his initial appearance and pled guilty to Counts One and Four of the Indictment, pursuant to Memorandum of Plea Agreement with the government. D.I. 8. Mr. Levinson was released on his own recognizance pending sentencing. The Court set sentencing in this matter for September 26, 2006 at 4:30 p.m. D.I. 13.

2. The government has reviewed the defendant's presentence investigation report, dated August 23, 2006. That report notes the results of a forensic evaluation performed on the

defendant. Throughout August and continuing to the present, government counsel has been working to obtain the information necessary to retain a government expert to perform a forensic evaluation of the defendant, in aid of sentencing. Defense counsel has assisted in this endeavor. Government counsel is aware that the proposed expert cannot perform the services that the United States is seeking in time for the presently-scheduled sentencing.

3.      Accordingly, the United States respectfully requests a continuance in the sentencing to permit completion of the government expert's contemplated document review and evaluation. Because counsel does not yet know the expert's schedule, the government requests that the Court delay setting a new sentencing date, pending notification by the parties of the completion of the expert's report. The requested delay shall not exceed ninety (90) days from September 26, 2006.

4.      The Government has discussed this Motion with Edmund D. Lyons, counsel for Mr. Levinson, and he has authorized the undersigned to represent to the Court that he does not oppose the granting of this Motion.

WHEREFORE, the government respectfully requests that the Court grant the sentencing continuance. A proposed Order is attached.

> Respectfully submitted,
>
> COLM F. CONNOLLY
> United States Attorney
>
> BY: _____
> Shannon Thee Hanson
> Assistant United States Attorney
> 1007 Orange Street, Suite 700
> P.O. Box 276
> Wilmington, Delaware 19899
> (302) 573-6277 x128

Dated: September 7, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Case 06-62-SLR |
| ADAM J. LEVINSON, | : |
| Defendant. | : |

## ORDER

And now, this ____ day of September, 2006, the Court being advised of (1) the need for additional time from September 26, 2006 for the government to engage and employ an expert in aid of sentencing and (2) the government's representations to the Court that counsel for defendant Levinson does not oppose the relief requested in the Motion,

**IT IS HEREBY ORDERED** that the sentencing hearing in this case, currently scheduled for September 26, 2006, is CANCELLED. Counsel for the government is to inform the Court when the government's expert has completed his evaluation and analysis and when, as a result, sentencing reasonably should be scheduled. In any event, this period of continuance shall not exceed ninety (90) days from September 26, 2006, or on or before December 26, 2006.

_____
The Honorable Sue L. Robinson
Chief Judge, United States District Court

-3-

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Case 06-62-SLR |
| ADAM J. LEVINSON, | : |
| Defendant. | : |

CERTIFICATE OF SERVICE

I hereby certify that two copies of the attached Unopposed Motion to Continue Sentencing were sent by first class mail on September 7, 2006 to the following:

        Edmund D. Lyons, Esq.
        Counsel for Defendant
        1526 Gilpin Avenue
        Wilmington, DE 19899
        (302) 777-5698

and

        Walter P. Matthews, III
        Senior United States Probation Officer
        J. Caleb Boggs Federal Building
        844 King Street
        Lockbox #39
        Wilmington, DE 19801
        (302) 252-2950

                                                  /s/ Shannon T. Hanson
                                                  Shannon T. Hanson
                                                  Assistant U.S. Attorney