IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Case 06-62-SLR |
| ADAM J. LEVINSON, | : |
| Defendant. | : |

## ORDER

And now, this 8th day of September, 2006, the Court being advised of (1) the need for additional time from September 26, 2006 for the government to engage and employ an expert in aid of sentencing and (2) the government's representations to the Court that counsel for defendant Levinson does not oppose the relief requested in the Motion,

**IT IS HEREBY ORDERED** that the sentencing hearing in this case, currently scheduled for September 26, 2006, is CANCELLED. Counsel for the government is to inform the Court when the government's expert has completed his evaluation and analysis and when, as a result, sentencing reasonably should be scheduled. In any event, this period of continuance shall not exceed ninety (90) days from September 26, 2006, or on or before December 26, 2006.

                                                                                     _____
The Honorable Sue L. Robinson
Chief Judge, United States District Court