

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

*The Nemours Building*  
*1007 N. Orange Street, Suite 700*  
*P.O. Box 2046*  
*Wilmington, Delaware 19899-2046*

*(302) 573-6277*  
*FAX (302) 573-6220*

December 26, 2006

**VIA CM/ECF**

The Honorable Sue L. Robinson  
Chief Judge, U.S. District Court  
   for the District of Delaware  
844 N. King Street  
Wilmington, Delaware 19801

      **Re:   United States v. Adam J. Levinson- Criminal Action No. 06-62-SLR**

Dear Chief Judge Robinson:

      By Order dated September 8, 2006, the Court continued sentencing in the above-captioned matter pending employment of a government expert in aid of sentencing. Counsel for the government was to inform the Court, no later than December 26, 2006, when the expert had completed his evaluation. Government counsel sent the completed expert's report to defense counsel last week, and the parties conferred by telephone today. The parties now believe that this matter appropriately may be scheduled for sentencing. Accordingly, and consistent with the Court's calendar, the parties respectfully request that sentencing be scheduled in this case.

      Thank you for your consideration.

                                                  Respectfully submitted,

                                                  COLM F. CONNOLLY  
                                                  United States Attorney

                           BY: _____  
                                      Shannon Thee Hanson  
                                      Assistant United States Attorney

cc: Clerk's Office, U.S. District Court  
     Edmund D. Lyons, Jr., Esq.