IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Criminal Action No. 06-62-SLR |
| ) | |
| ADAM J. LEVINSON, ) | |
| ) | |
| Defendant. ) | |

## MOTION AND ORDER TO DISMISS

**NOW COMES** the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Shannon T. Hanson, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to dismiss Counts 2 and 3 of the Indictment returned on June 6, 2006, pursuant to the Memorandum of Plea Agreement between the parties filed with the Court on June 27, 2006.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: _____
Shannon T. Hanson
Assistant United States Attorney

Dated: February 13, 2007

**IT IS SO ORDERED** this _____ day of _____, 2007.

_____
HONORABLE SUE L. ROBINSON
United States District Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 06-62-SLR |
| ) | |
| ADAM LEVINSON, ) | |
| ) | |
| Defendant. ) | |

**CERTIFICATE OF SERVICE**

I, Marie Steel, Legal Assistant in the Office of the United States Attorney for the District of Delaware, hereby certify that on the 13th day of February, 2007, I caused to be filed a Motion and Order To Dismiss with the Clerk of Court. I further certify that a copy of the foregoing was mailed via First Class Mail to counsel of record as follows:

> Edmond D. Lyons, Jr., Esq.
> The Lyons Law Firm
> 1526 Gilpin Avenue
> Wilmington, DE 19806

_____
Marie Steel
Legal Assistant