IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 06-62-SLR |
| | ) | |
| ADAM J. LEVINSON, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION AND ORDER TO DISMISS

**NOW COMES** the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Shannon T. Hanson, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to dismiss Counts 2 and 3 of the Indictment returned on June 6, 2006, pursuant to the Memorandum of Plea Agreement between the parties filed with the Court on June 27, 2006.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: _____
Shannon T. Hanson
Assistant United States Attorney

Dated:  February 13, 2007

**IT IS SO ORDERED this** ___14th___ **day of** ___February___, **2007.**

_____
HONORABLE SUE L. ROBINSON
United States District Court