IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 06-62 |
| ) | |
| ADAM J. LEVINSON, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEAL

The United States respectfully serves notice that it hereby appeals, pursuant to Title 18, United States Code, Section 3731, to the United States Court of Appeals for the Third Circuit, from the Judgment of the District Court dated February 12, 2007 and entered on February 16, 2007.

                                              Respectfully submitted,

                                              COLM F. CONNOLLY
                                              United States Attorney

                                              BY: _____
                                              Shannon T. Hanson
                                              Assistant United States Attorney

Dated: February 23, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 06-62 |
| | ) |
| ADAM J. LEVINSON, | ) |
| | ) |
| Defendant. | ) |

    I, Marie Steel, an employee in the Office of the United States Attorney, hereby certify that on February 23, 2007, I electronically filed the foregoing:

**NOTICE OF APPEAL**

with the Clerk of the Court using CM/ECF which will send notification of such filing to:

    Edmond D. Lyons, Jr., Esq.
    The Lyons Law Firm
    1526 Gilpin Avenue
    Wilmington, DE 19806

*/s/ Marie Steel*
Marie Steel
Legal Assistant